1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHA GANUB, A.L.G., D.B.G., S.M.G., K.A.G., | CASE NO.: 2:14-CV-01142-KJM-KJN |
| Plaintiffs, | **ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| vs. | |
| NORTH STAR CONSTRUCTION & ENGINEERING, INC., HERTZ EQUIPMENT RENTAL (STORE 9741), HERTZ EQUIPMENT RENTAL CORPORATION, BOB BASRAI, and DOES 1 through 50, inclusive, | |
| Defendants. | |

On proof made to the satisfaction of the court, the court finds from the petitions of A.L.G. and TANISHA GANUB:

IT IS ORDERED THAT:

1. The petition of minor A.L.G. be granted and Nominee LENA TERRY is appointed guardian *ad litem* of A.L.G. to prosecute in this court the case against NORTH STAR CONSTRUCTION & ENGINEERING, INC., HERTZ EQUIPMENT RENTAL (STORE

9741), HERTZ EQUIPMENT RENTAL CORPORATION, and BOB BASRAI for General Negligence, Automobile Negligence, and Wrongful Death.

    2.  The petition of TANISHA GANUB be granted and Nominee LENA TERRY is appointed guardian *ad litem* of minors A.L.G., D.B.G., S.M.G., and K.A.G. to prosecute in this court the case against NORTH STAR CONSTRUCTION & ENGINEERING, INC., HERTZ EQUIPMENT RENTAL (STORE 9741), HERTZ EQUIPMENT RENTAL CORPORATION, and BOB BASRAI for General Negligence, Automobile Negligence, and Wrongful Death.

DATED:  June 5, 2014

_____
UNITED STATES DISTRICT JUDGE