UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHA GANUB, et al., | No.: 2:14-CV-01142-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| NORTH STAR CONSTRUCTION & ENGINEERING, INC., et al., | |
| Defendants. | |

On its own motion, the court orders the sealing of all documents revealing the names of the minor plaintiffs in this action: the civil cover sheet, ECF No. 1; the complaint, ECF No. 2; the petition for appointment of guardian *ad litem*, ECF No. 5; and the proposed order for appointment of guardian *ad litem*, ECF No. 6. L.R. 141(a); *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002).

Local Rule 140 requires that initials be used to identify minors "when federal or state law *requires* the use of initials, or when the specific identify of the minor is not necessary to the action or individual document." L.R. 140(a)(i) (emphasis in original). Federal Rule of Civil Procedure 5.2 in turn requires that "the name of an individual known to be a minor . . . may include only . . . the minor's initials . . . ." FED. R. CIV. P. 5.2(a)(3). Here, several of the plaintiffs are "known to be . . . minor[s]." Thus, only initials may be used to identify these plaintiffs.

1

1  As set forth above, the specified documents are SEALED.  Plaintiffs are
2 ORDERED to file modified versions of the sealed documents to show initials only within twenty-
3 four hours of the filing of this order.  Plaintiff's counsel is further ORDERED to show cause why
4 he should not be sanctioned in the amount of $250.00 for failing to comply with Local Rule 140
5 and Federal Rule of Civil Procedure 5.2.
6  IT IS SO ORDERED.
7 DATED: June 9, 2014.

_____
UNITED STATES DISTRICT JUDGE