**Law Office of Jack Vetter**
**JACK VETTER, ESQ.** - SB# 73024
1903 21ST Street
Sacramento, California 95811
Phone:        (916) 441-4441
Fax:              (916) 456-6698


Attorney for Plaintiff, TANISHA GANUB,
A.L.G., D.B.G., S.M.G., and K.A.G.,


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANISHA GANUB, and A.L.G., D.B.G., S.M.G., and K.A.G., minors,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NORTH STAR CONSTRUCTION & ENGINEERING, INC., HERTZ EQUIPMENT RENTAL (STORE 9741), HERTZ EQUIPMENT RENTAL CORPORATION, BOB BASRAI, and DOES 1 through 50, inclusive,<br><br>                    Defendants.<br>_____/ | CASE NO.: 2:14-CV-01142-KJM-KJN<br><br>**ORDER FOR APPOINTMENTS OF GUARDIAN AD LITEMS FOR A.L.G., D.B.G., S.M.G., and K.A.G.** |

On proof made to the satisfaction of the court, the court finds from the petitions of A.L.G and TANISHA GANUB:

IT IS ORDERED THAT:

1. The petition of minor A.L.G. be granted and Nominee LENA TERRY is appointed guardian ad litem of A.L.G. to prosecute in this court the case against NORTH STAR CONSTRUCTION & ENGINEERING, INC., HERTZ EQUIPMENT RENTAL (STORE 9741), HERTZ EQUIPMENT RENTAL

1  CORPORATION, and BOB BASRAI for General Negligence, Automobile Negligence, and Wrongful Death.

2.  The petition of TANISHA GANUB be granted and Nominee LENA TERRY is appointed guardian ad litems of minors A.L.G., D.B.G., S.M.G., and K.A.G. to prosecute in this court the case against NORTH STAR CONSTRUCTION & ENGINEERING, INC., HERTZ EQUIPMENT RENTAL (STORE 9741), HERTZ EQUIPMENT RENTAL CORPORATION, and BOB BASRAI for General Negligence, Automobile Negligence, and Wrongful Death.

Dated:   June 23, 2014.

_____
UNITED STATES DISTRICT JUDGE